### 15884. SISTRUNK *v.* THE STATE.

LUKE, J. The evidence fully authorized the conviction. The grounds of the motion for a new trial which are approved by the court are without merit. For no reason pointed out in the record did the court err in overruling the motion for a new trial.

         *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

         DECIDED NOVEMBER 13, 1924.

Conviction of cheating and swindling; from city court of Fairburn—Judge Parker. July 21, 1924.

*J. E. Sistrunk,* pro se.